UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Lee Martin                                  Docket No. 5:14-CR-176-1FL

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lee Martin, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 4, 2016, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Christopher Lee Martin was released from custody on July 31, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 25, 2018, the defendant committed the offense of Driving While Impaired in Johnston County (18CR 55358). When confronted regarding his new arrest, the defendant admitted that he had consumed alcohol prior to operating the vehicle he was driving when stopped by the NC Highway Patrol. The defendant has acknowledged his wrongdoing, and accepted responsibility for his actions. The defendant is already enrolled in a program of substance abuse treatment as a result of his drug aftercare condition, and will continue to participate in all treatment recommended by the treatment provider. The defendant also signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ John Seth Coleman |
| Eddie J. Smith | John Seth Coleman |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2545 |
| | Executed On: August 31, 2018 |

**Christopher Lee Martin**
**Docket No. 5:14-CR-176-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this <u>  4th  </u> day of <u>  September  </u>, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge