UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Lee Martin**                               **Docket No. 5:14-CR-176-1FL**

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lee Martin, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 4, 2016, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Christopher Lee Martin was released from custody on July 31, 2018, at which time the term of supervised release commenced.

On September 4, 2018, in response to the defendant committing the offense of Driving While Impaired in Johnston County, North Carolina (18CR 055358), the court modified the conditions of supervision to include 24 hours of community service.

On January 4, 2019, after the defendant tested positive for marijuana, and admitted to marijuana use on or about December 14, 2018, the court continued supervision without modification or sanction, as the defendant was already enrolled in and compliant with outpatient substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 30, 2019, the defendant submitted a urine sample that was returned positive for marijuana. When confronted with the positive result, the defendant admitted smoking marijuana on or about January 23, 2019. On February 7, 2019, the defendant submitted another urine screen which also returned positive for marijuana. Though the defendant denies any additional use since January 23, 2019, that positive would be consistent with residual amounts from the defendant's admitted use on or about January 23, 2019. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Christopher Lee Martin**
**Docket No. 5:14-CR-176-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ John Seth Coleman |
| Eddie J. Smith | John Seth Coleman |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2545 |
| | Executed On: February 13, 2019 |

## ORDER OF THE COURT

Considered and ordered this ___13th___ day of ___February___, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge